# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LAS VEGAS RENTAL & REPAIR, LLC SERIES 76, A NEVADA LIMITED LIABILITY COMPANY,<br>Appellant,<br>vs.<br>JPMORGAN CHASE BANK, N.A.,<br>Respondent. | No. 71388<br><br>**FILED**<br><br>JUN 15 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY<br>DEPUTY CLERK |

## ORDER VACATING JUDGMENT AND REMANDING

This is an appeal from a district court order granting summary judgment in an action to quiet title. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge. Reviewing the summary judgment de novo, *Wood v. Safeway, Inc.*, 121 Nev. 724, 729, 121 P.3d 1026, 1029 (2005), we vacate the district court's order and remand for further proceedings.

Appellant argues that the district court erred in concluding that NRS 116.3116-.31168 violate due process. We agree. *Saticoy Bay LLC Series 350 Durango 104 v. Wells Fargo Home Mortg.*, 133 Nev., Adv. Op. 5, 388 P.3d 970 (2017) (rejecting due-process challenge to NRS 116.3116-.31168 because the nonjudicial foreclosure of an HOA's lien for unpaid assessments does not constitute state action); *see also SFR Inv. Pool 1 v. U.S. Bank*, 130 Nev. 742, 756, 334 P.3d 408, 418 (2014) (observing that NRS 116.31168 (2013) incorporated NRS 107.090 (2013), which required that notices be sent to a deed of trust beneficiary); *id.* at 762, 334 P.3d at 422 (Gibbons, C.J., dissenting) (same); *Bourne Valley Court Tr. v. Wells Fargo*

*Bank, NA*, 832 F.3d 1154, 1163-64 (9th Cir. 2016) (Wallace, J., dissenting) (same).[1] Accordingly, we

ORDER the judgment of the district court VACATED AND REMAND this matter to the district court for proceedings consistent with this order.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:    Hon. Kenneth C. Cory, District Judge
       Michael H. Singer, Settlement Judge
       Clark Newberry Law Firm
       Smith Larsen & Wixom
       Eighth District Court Clerk

---

[1]We decline to consider the parties' arguments related to appellant's motion to strike because the district court did not decide the motion on its merits; rather, the district court denied the motion to strike as moot in light of its decision to grant summary judgment in respondent's favor.